Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) No. CR20-0094RSM <br> Plaintiff, ) <br> ) <br> vs. ) ORDER GRANTING STIPULATED MOTION <br> ) TO PROCEED WITH GUILTY PLEA BY <br> BALDEMAR MARTINEZ-RICO, ) VIDEO <br> ) <br> Defendant. ) | |

This matter having come before the Court on the stipulated motion of the parties seeking an order permitting the plea hearing in this case to proceed by videoconference, and the Court having considered the motion, now therefore,

IT IS HEREBY ORDERED that the stipulated motion is granted.  Counsel is directed to contact the Magistrate Judge clerks to schedule the videoconference change of plea hearing as soon as it is convenient for the Court and the parties.

DONE this 9th day of June, 2021.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING STIPULATED MOTION
TO PROCEED WITH GUILTY PLEA BY VIDEO
(Martinez-Rico, CR20-094RSM) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805

1
2
3  Presented by:

4  TESSA GORMAN
   Acting United States Attorney
5  *s/ Stephen Hobbs*
   STEPHEN HOBBS
6  Assistant United States Attorney
   700 Stewart Street, Suite 5220
7  Seattle, Washington 98101
   (206) 553-4301
8  stephen.p.hobbs@usdoj.gov

*s/ Michael G. Martin*
Michael G. Martin, WSBA #11508
Counsel for Baldemar Martinez-Rico
500 Union Street, Ste 847
Seattle, WA 98101
(206) 624-2800
michaelm@sidlon.com


*s/ Abigail W. S. Cromwell*
Counsel for Baldemar Martinez-Rico
600 First Avenue
Seattle, WA 98104
(617) 943-2277
abigail@thecpld.com

ORDER AUTHORIZING STIPULATED MOTION
TO PROCEED WITH GUILTY PLEA BY VIDEO
(Martinez-Rico, CR20-094RSM) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805